# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| FARMHOUSE PARTNERS LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>MULTI-HOUSING TAX CREDIT PARTNERS XXX,<br><br>Defendant. | CV 21-48-BU-BMM<br><br><br>**ORDER** |

Defendant has moved for an order allowing Edward F. Quigley, Esq. and Cathy T. Moses, Esq., to appear *pro hac vice* in this case with David M. Wagner, Esq., designated as local counsel. Mr. Quigley and Ms. Moses' applications appear to be in compliance with L.R. 83.1(d).

IT IS HEREBY ORDERED:

Defendant's motions to allow Mr. Quigley and Ms. Moses to appear on its behalf (Doc. 4) is GRANTED, subject to the following conditions:

1.  Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Mr. Quigley and Ms. Moses;

2.  Mr. Quigley and Ms. Moses must do their own work. They must do

their own writing, sign their own pleadings, motions, briefs and other documents served or filed by them, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

    3.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

    4.    Admission is personal to Mr. Quigley and Ms. Moses.

FURTHER ORDERED:

Mr. Quigley and Ms. Moses shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 25th day of May, 2021.

_____
Brian Morris
United States District Court Judge