IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| FARMHOUSE PARTNERS LIMITED PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Multi-Housing Tax Credit Partners XXX,<br><br>　　　　Defendant. | Cause No. CV-21-48-GF-BMM<br><br><br>**ORDER** |

　　Before the Court is the Third Stipulated Motion to Extend Filing Deadline for Proposed Final Pretrial Order. The parties ask the Court to extend the filing deadline for the proposed final pretrial order until May 13, 2022. With good cause appearing, IT IS ORDERED that the motion IS GRANTED. The parties shall file the proposed final pretrial order on or before May 13, 2022. Previously issued scheduling orders otherwise remain in full force and effect.

　　DATED this 2nd day of May 2022.

_____
Brian Morris, Chief District Judge
United States District Court