UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| FARMHOUSE PARTNERS LIMITED PARTNERSHIP,<br><br>          Plaintiff,<br><br>vs.<br><br>MULTI-HOUSING TAX CREDIT PARTNERS XXX ,<br><br>          Defendant. | Case No. CV-21-48 -CV-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED According to the terms outlined in document 183.

Dated this 28th day of November, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Kelsey Hanning
Kelsey Hanning, Deputy Clerk