IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| FARMHOUSE PARTNERS LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>Multi-Housing Tax Credit Partners XXX,<br><br>    Defendant. | Case No. 2:21-cv-00048-BMM<br><br>**ORDER SUSPENDING LOCAL COUNSEL'S DUTIES** |

Before the Court is Defendant Multi-Housing Tax Credit Partners XXX's ("MHTCP") Unopposed L.R. 83.1(d)(7) Motion to Suspend Local Counsel's Duties ("Motion"). In light of David M. Wagner's retirement from the practice of law, the Court's and Plaintiffs' counsel's familiarity with Edward F. Quigley and Cathy T. Moses, the late stage of this case, and the likely time and expense of replacing Mr. Wagner as local counsel, there are extraordinary circumstances supporting suspension of local counsel duties under L.R. 83.1(d)(7). Therefore, MHTCP's Motion is **GRANTED**.

1

**IT IS ORDERED** that the duties of local counsel Mr. Wagner and all Crowley Fleck PLLP attorneys with respect to Mr. Quigley's and Ms. Moses' pro hac vice appearances are hereby suspended. Mr. Quigley and Ms. Moses may proceed to represent MHTCP in this matter without local counsel oversight or involvement.

DATED this 17th day of June, 2024.

_____
Brian Morris, Chief District Judge
United States District Court