# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| FARMHOUSE PARTNERS LIMITED PARTNERSHIP,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MULTI-HOUSING TAX CREDIT PARTNERS XXX,<br>　　　　　　　Defendant. | CV-21-48-BU-BMM<br><br>ORDER |

　　　The Court appointed an expert appraiser, Kraig P. Kosena, to determine the valuation of the property at issue. (Doc. 245.) The Court instructed Plaintiff Farmhouse Partners Limited Partnership ("Farmhouse") and Defendant Multi-Housing Tax Credit Partners XXX ("MHTCP") to submit their proposed valuation methodologies and relevant documents. (*See id.*) The parties submitted their respective documents, and the Court held a hearing on the proposed instructions on April 14, 2025. (Doc. 256.) On December 22, 2025, Kraig P. Kosena provided the Court with an appraisal of the property at issue.

　　　Accordingly, **IT IS ORDERED:**

The Court will provide the appraisal of said property to the parties. The Clerk of Court will file the appraisal of said property on the docket under seal.

DATED this 22nd day of December 2026.

_____
Brian Morris, Chief District Judge
United States District Courts